# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MELVIN HUGHES, | ) | CASE NO. 4:07CV755 |
| Plaintiff(s), | ) | |
| v. | ) | |
| DAVID BOBBY. | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

      The Court has filed its ORDER in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.  Furthermore, the Court certifies, pursuant to 28 U.S.C. 1915(a)(3) that an appeal from this decision could not be taken in good faith and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. 2253(c); Fed.R.App.P. 22(b).

      IT IS SO ORDERED.

      S/Christopher A. Boyko
      HONORABLE CHRISTOPHER A. BOYKO
      UNITED STATES DISTRICT JUDGE

November 5, 2008